UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

PEDRO HERNANDEZ,

        Petitioner,

  -v-

DONITA MCINTOSH,

        Respondent.

-----------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-25

22 CV 2266 (CM)

## CALENDAR NOTICE

McMahon, J.:

    The Court will conference this matter Tuesday, October 14, 2025, at 2:15 p.m., at the United States Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 24A.

October 7, 2025
New York, NY

                                                */s/ Colleen McMahon*
                                        Colleen, McMahon, U.S.D.J.