

**mwe.com**

Edward B. Diskant
Partner
Ediskant@mcdermottlaw.com
+1 212 547 5754

March 25, 2026

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    ***Pedro Hernandez v. Donita McIntosh*, 1:22-cv-02266-CM-RWL**

Dear Judge McMahon:

We represent Petitioner Pedro Hernandez in the above-referenced matter. After the parties' last appearance, the Court set a deadline of June 1, 2026 for jury selection to commence in any retrial of Petitioner in New York state court. (Dkt. 58). We now write with the consent of Respondent to ask the Court to extend that deadline to October 1, 2026.

Since the parties' last appearance, Petitioner's counsel in the state proceedings and counsel for Respondent have been working diligently to prepare for an anticipated third trial of Petitioner this spring. However, given the passage of time, those preparations have taken longer than anticipated. In particular, Petitioner has needed to engage new experts who need time to familiarize themselves with the record. On March 23, 2026, the parties jointly sought an adjournment of the trial date to September 14, 2026 from the Hon. Michele Rodney who will preside over Respondent's upcoming state trial, informing the state court that such an adjournment would be in the interests of justice. However, on March 24, Justice Rodney concluded that, in light of this Court's prior order, "any adjournment must be granted by the federal court judge."

Accordingly, and with the consent of Respondent, Petitioner respectfully requests that the Court adjourn the deadline for the commencement of jury selection from June 1, 2026 to October 1, 2026

      Respectfully submitted,

      Edward B. Diskant

cc. All counsel of record (via ECF)

**McDermott Will & Schulte**        One Vanderbilt Avenue  New York NY 10017-3852  Tel +1 212 547 5400  Fax +1 212 547 5444

*US practice conducted through McDermott Will & Schulte LLP.*